```
 1  GARY M. RESTAINO
    United States Attorney
 2  District of Arizona

 3  SHEILA PHILLIPS
    Assistant United States Attorney
 4  Michigan State Bar No. P51656
    Two Renaissance Square
 5  40 N. Central Ave., Suite 1800
    Phoenix, Arizona 85004
 6  Telephone: 602-514-7500
    Email: sheila.phillips2@usdoj.gov
 7  Attorneys for Plaintiff
```

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JAN 1 6 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-00091-PHX-SMB (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1 |
| 1. Jorge Esparza, Jr. and<br>(Counts 1-7) | |
| 2. Ana Valeria Aldrete-Rocha,<br>(Count 2) | 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 2 |
| Defendants. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Counts 3-7 |
| | 18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From on or about November 2020 through December 15, 2020, in the District of Arizona, Defendant JORGE ESPARZA, JR., not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the

business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about December 15, 2020, in the District of Arizona, and elsewhere, Defendants JORGE ESPARZA JR. and ANA VALERIA ALDRETE-ROCHA knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in a manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that are: a Ruger 57 pistol, Serial #641-54183, a Keltec PMR-30 pistol, Serial #WXSH28, and a Keltec PMR-30 pistol, Serial #WXSH27, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNTS 3-7

On or about the dates listed below, in the District of Arizona, Defendant JORGE ESPARZA, JR. knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JORGE ESPARZA, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant JORGE

| Count | Date | Business (FFL) |
|---|---|---|
| 3 | 11/1/2020 | Jones and Jones (Somerton, AZ) |
| 4 | 11/13/2020 | Jones and Jones (Somerton, AZ) |
| 5 | 12/04/2020 | C-A-L Ranch (Yuma, AZ) |
| 6 | 12/15/2020 | C-A-L Ranch (Yuma, AZ) |
| 7 | 12/15/2020 | Jones and Jones (Somerton, AZ) |

ESPARZA, JR. knew that he was buying the firearm on behalf of another person:

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-7 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-7 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.

If any forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 98; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  January 16, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
SHEILA PHILLIPS
Assistant U.S. Attorney